Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  14−12965−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Divanni I. Arias
708 Hillside Avenue
Cliffside Park, NJ 07010

Alexander De Jesus
708 Hillside Avenue
Cliffside Park, NJ 07010

Social Security No.:
xxx−xx−7673

xxx−xx−0518

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/20/18 at 09:00 AM

to consider and act upon the following:

*76* – Certification in Opposition to Certification of Default (related document:74 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/11/2018. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by John W. Sywilok on behalf of Divanni I. Arias, Alexander De Jesus. (Sywilok, John)

Dated: 5/10/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court