Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  14−12965−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Divanni I. Arias                                     Alexander De Jesus
   708 Hillside Avenue                            708 Hillside Avenue
   Cliffside Park, NJ 07010                  Cliffside Park, NJ 07010

Social Security No.:
   xxx−xx−7673                                          xxx−xx−0518

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/20/18 at 09:00 AM

to consider and act upon the following:

*76* − Certification in Opposition to Certification of Default (related document:74 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/11/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by John W. Sywilok on behalf of Divanni I. Arias, Alexander De Jesus. (Sywilok, John)

Dated: 5/10/18

                                                                  Jeanne Naughton
                                                                   Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-12965-RG
Divanni I. Arias                                                      Chapter 13
Alexander De Jesus
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: May 10, 2018
                               Form ID: ntchrgbk        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db/jdb         +Divanni I. Arias,    Alexander De Jesus,    708 Hillside Avenue,    Cliffside Park, NJ 07010-2010
cr             +New York Community Bank,    1801 East 9th Street,    Cleveland, OH 44114-3107
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: lweidhaas@dyckoneal.com May 10 2018 23:27:38      Dyck-O'Neal, Inc.,   PO Box 13370,
                 Arlington, TX 76094-0370
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    New York Community Bank NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              John W. Sywilok    on behalf of Debtor Divanni I. Arias sywilokattorney@sywilok.com
              John W. Sywilok    on behalf of Joint Debtor Alexander  De Jesus sywilokattorney@sywilok.com
              Karina  Velter     on behalf of Creditor    New York Community Bank Velter.karina@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                              TOTAL: 6