UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

John W. Sywilok, Esq. (JS2289)
John W. Sywilok LLC
51 Main Street
Hackensack, NJ 07601
(201) 487-9390
Attorney for Debtors

Order Filed on May 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DIVANNI I. ARIAS
and ALEXANDER DE JESUS,

Debtors.

Case No.: 14-12965

Chapter: 13

Judge: Gambardella

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 22, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ John W. Sywilok, Esq. _____, the applicant, is allowed a fee of $ _____ 500.00 _____ for services rendered and expenses in the amount of $_____ 13.16 _____ for a total of $_____ 513.16 _____. The allowance is payable:

    ☐ through the Chapter 13 plan as an administrative priority.

    ☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 14-12965-RG
Divanni I. Arias                                                                        Chapter 13
Alexander De Jesus
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 23, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
db/jdb         +Divanni I. Arias,    Alexander De Jesus,    708 Hillside Avenue,    Cliffside Park, NJ 07010-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                     Signature:  /s/Joseph Speetjens 

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    New York Community Bank NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              John W. Sywilok    on behalf of Joint Debtor Alexander  De Jesus sywilokattorney@sywilok.com
              John W. Sywilok    on behalf of Debtor Divanni I. Arias sywilokattorney@sywilok.com
              Karina  Velter     on behalf of Creditor    New York Community Bank Velter.karina@gmail.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    New York Community Bank rsolarz@kmllawgroup.com
                                                                                                 TOTAL: 7