| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br><br>  DIVANNI I. ARIAS<br>  ALEXANDER DE JESUS | Order Filed on June 26, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  14-12965 RG<br><br>Hearing Date:  6/20/2018 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 26, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): DIVANNI I. ARIAS
ALEXANDER DE JESUS

Case No.: 14-12965

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/20/2018 on notice to JOHN W. SYWILOK, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $371.00 starting on 7/1/2018 for the remaining 8 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-12965-RG
Divanni I. Arias                                                        Chapter 13
Alexander De Jesus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 28, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.
db/jdb         +Divanni I. Arias,   Alexander De Jesus,   708 Hillside Avenue,   Cliffside Park, NJ 07010-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    New York Community Bank NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              John W. Sywilok    on behalf of Joint Debtor Alexander  De Jesus sywilokattorney@sywilok.com
              John W. Sywilok    on behalf of Debtor Divanni I. Arias sywilokattorney@sywilok.com
              Karina Velter    on behalf of Creditor    New York Community Bank Velter.karina@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    New York Community Bank rsolarz@kmllawgroup.com
                                                                                             TOTAL: 7