Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  14–12965–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Divanni I. Arias                          Alexander De Jesus
708 Hillside Avenue                       708 Hillside Avenue
Cliffside Park, NJ 07010                  Cliffside Park, NJ 07010

Social Security No.:
xxx–xx–7673                               xxx–xx–0518

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie–Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 13, 2019                      Rosemary Gambardella
                                          Judge, United States Bankruptcy Court